Michael A. Hood (SBN 71258)
Michael.Hood@jacksonlewis.com
Monica Bullock (SBN 211314)
Monica.Bullock@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone: (949) 885-1360

Attorneys for Defendant
THE LOVESAC COMPANY

Thiago M. Coelho
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri
binyamin@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Phone: (213) 381-9988

Attorneys for Plaintiff
PORTIA MASON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>THE LOVESAC COMPANY, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>        Defendant. | CASE NO. 2:21-cv-06663-MWF-JC<br><br>Assigned to Honorable Michael W. Fitzgerald<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: August 17, 2021 |

Pursuant to F.R.C.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to claims of absent putative class members; each party to bear her/its own attorneys' fees and costs. This Stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: February 16, 2022                JACKSON LEWIS P.C.


By:      /s/ *Michael A. Hood*
         Michael A. Hood
         Monica H. Bullock

         Attorneys for Defendant
         THE LOVESAC COMPANY


DATED: February 16, 2022                WILSHIRE LAW FIRM


By:      /s/ Binyamin I. Manoucheri
         Thiago M. Coelho
         Binyamin I. Manoucheri

         Attorneys for Plaintiff
         PORTIA MASON

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Binyamin I. Manoucheri, counsel for Plaintiffs, and that I have obtained authorization to affix his electronic signature to this document.

# CERTIFICATE OF SERVICE

**U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CASE NAME:**     *Portia Mason v. The LoveSac Company*

**CASE NO.:**     **2:21-cv-06663-MWF-JC**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On February 16, 2022, I served the foregoing document(s) described as:

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

this action as follows:

| | |
|---|---|
| Thiago Coelho<br>Binyamin Manoucheri<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, California 90010 | Attorney for Plaintiff<br>PORTIA MASON<br><br>Telephone: (213) 381-9988<br>thiago@wilshirelawfirm.com<br>binyamin@wilshirelawfirm.com |

**[X]**   **BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address Lezlee.Cutter@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]**   **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 16, 2022, at Irvine, California.

_____/s/ *Lezlee Cutter*_____
Lezlee Cutter

4868-6348-3663, v. 3