JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-06663-MWF-JC<br><br>Assigned to Honorable Michael W. Fitzgerald<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: August 17, 2021 |

Pursuant to the parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE in its entirety. The parties shall bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: February 18, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

4855-0701-9279, v. 2